IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| **BRENTLY DORSEY,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**THE CITY OF TOPEKA, KANSAS,** )<br>)<br>and )<br>)<br>**CITY OF TOPEKA FIRE DEPARTMENT,** )<br>)<br>Defendants. ) | Case No. 2:23-cv-02422-HLT-GEB |

## NOTICE OF APPEAL

Notice is hereby given that Brent Dorsey, plaintiff in the above-captioned case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Memorandum and Order (Doc. 113) and Judgment in a Civil Case (Doc. 114) entered in this action on September 3, 2025, granting Defendants' Motion for Summary Judgment and dismissing all of Plaintiff's claims.

Date: October 2, 2025

Respectfully submitted,

 /s/ Sarah C. Liesen
Sarah C. Liesen,        KS #26988
Edelman, Liesen & Myers, L.L.P.
208 W. Linwood Blvd.
Kansas City, MO 64111
Tel: (816) 301-4056
Fax: (816) 463-8449
sliesen@elmlawkc.com

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2025, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Terelle A. Mock
    Crystal B. Moe
    Fisher, Patterson, Sayler & Smith, LLP
    3550 S.W. 5th Street Topeka, KS 66606
    Tel: (785) 232-7761
    Fax: (785) 232-6604
    tmock@fpsslaw.com
    cmoe@fpsslaw.com

and

    Nicholas H. Jefferson, #25530
    Chief of Litigation
    Legal Department City of Topeka
    215 S.E. 7th St., Room 353
    Topeka, KS 66603
    Tel: (785) 368-3883 | Fax: (785) 368-3901
    njefferson@topeka.org

    **ATTORNEYS FOR DEFENDANT**

                                                      /s/ *Sarah C. Liesen*
                                                      SARAH C. LIESEN
                                                      ATTORNEY FOR PLAINTIFF